FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2023

No. 04-22-00773-CR

**EX PARTE** Jose Luis **CABRERA MENDOZA**

From the County Court, Kinney County, Texas
Trial Court No. 12651CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

　　Appellant's reply brief is currently due January 30, 2023. On January 24, 2023, appellant filed an unopposed motion requesting an extension of time until March 1, 2023 to file the reply brief. We **GRANT** appellant's motion and **ORDER** him to file his reply brief **by March 1, 2023**. Further requests for extension of time will be disfavored.

　　It is so **ORDERED** on January 25, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT